| Ocean Title LLC | ALTA Combined Settlement Statement |
|---|---|
| 1095 Broken Sound Pkwy NW | |
| Ste 100 | |
| Boca Raton, FL 33487 | |
| (866) 202-8200 | |

| File #: | OT-335 | Property | 12723 Ivory Stone Loop | Settlement Date | 09/10/2021 |
|---|---|---|---|---|---|
| Prepared: | 06/21/2021 | | Fort Myers, FL 33913 | Disbursement Date | 09/10/2021 |
| Escrow Officer: | Joshua M. Liszt Esq. | Buyer | Alex Taveras | | |
| | | | 1182 Biscayne Drive | | |
| | | | Cape Coral, FL 33909 | | |
| | | Seller | Traci Stevenson, as Trustee | | |
| | | | of the Bankruptcy Estate of | | |
| | | | Jonathan Schellhorn | | |
| | | | P.O. Box 86690 | | |
| | | | Madeira Beach, FL 33738 | | |
| | | Lender | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Primary Charges & Credits** | | |
| | $310,000.00 | Sales Price of Property | $310,000.00 | |
| | | Deposit | | $3,030.00 |
| | | Loan Amount | | $279,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $3,079.87 | | County Taxes 01/01/2021 to 09/10/2021 | | $3,079.87 |
| | $96.67 | HOA Maintenance 09/10/2021 to 09/30/2021 | $96.67 | |
| | | | | |
| | | **Payoffs/Payments** | | |
| $265,715.80 | | Payoff to The Federal Savings Bank | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $27.00 | | Recording Fees | $200.00 | |
| | | ---Deed: $27.00 | | |
| | | ---Mortgage: $200.00 | | |
| $2,170.00 | | Documentary Stamp Tax (State Deed Taxes) to Official Records Department | | |
| | | Documentary Stamp Tax (State Security Instrument Taxes) to Official Records Department | $976.50 | |
| $9.00 | | E-Recording Fee to Simplifile | | |
| | | Intangible Tax (State Security Instrument Taxes) to Official Records Department | $558.00 | |
| $100.00 | | MTS/QCD Recording Fee to Official Records Department | | |
| | | | | |
| | | **Commissions** | | |
| $12,400.00 | | Listing Agent Commission to Coldwell Banker Bonita Springs | | |
| $6,200.00 | | Selling Agent Commission to Florida Coastline Realty LLC | | |
| | | | | |
| | | **Title Charges** | | |
| | | Title - Lender's Title Policy to Fidelity National Title Insurance Company | $517.50 | |
| $150.00 | | Title- Abstract/Commitment Fee to Fidelity National Title Insurance Company | | |
| | | Title- Courier/Mailing Fee (3) to FedEx / Ocean Title LLC (reimb.) | $53.00 | |
| | | Title- CPL Fee to Ocean Title LLC | $175.00 | |
| $275.00 | | Title- Document Preparation Fee to Ocean Title LLC | | |
| $350.00 | | Title- Exam Fee to Ocean Title LLC | | |
| $1,295.00 | | Title- Settlement/Closing Fee to Ocean Title LLC | $1,295.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | Title- Wire Fee (4 IN / 1 OUT) to TD Bank / Ocean Title LLC (reimb.) | $60.00 | |
| $1,625.00 | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | | |
| | | | | |
| | | **Miscellaneous Charges** | | |
| $9,300.00 | | Bankruptcy Estate Fee to Traci Stevenson, as Trustee of the Bankruptcy Estate of Jonathan Schellhorn | | |
| | | Broker Processing Fee (If App/Estimate) to Selling Agent | $295.00 | |
| | | Buyer's Premium Fee to Traci Stevenson, as Trustee of the Bankruptcy Estate of Jonathan Schellhorn | $6,200.00 | |
| | | HOA Application Fee to HOA | $100.00 | |
| $6,000.00 | | HOA Lien Payoff/ Estoppel Request Fee to HOA | | |
| | | HOA Transfer Fee to HOA | $1,000.00 | |
| $400.00 | | Municipal Lien Search Fee to Vendor / Ocean Title LLC (reimb.) | | |
| | | Survey Fee, Plot Plan (Estimate) to Vendor | $335.00 | |
| $1,000.00 | | Utility Lien Payoff to Utility Department | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $310,096.67 | $310,096.67 | Subtotals | $321,861.67 | $285,109.87 |
| | | Due from Buyer | | $36,751.80 |
| | $0.00 | Due from Seller | | |
| $310,096.67 | $310,096.67 | Totals | $321,861.67 | $321,861.67 |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Ocean Title LLC to cause the funds to be disbursed in accordance with this statement.

_____  
Alex Taveras                                                                 Date

_____  
Traci Stevenson, as Trustee of the Bankruptcy Estate of Jonathan Schellhorn   Date

_____  
Settlement Agent                                                         Date