

Mortgage Servicing
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
Cust. Service: (855) 527-8408

June 22, 2021

```
                                MS1710
Jonathan Charles Schellhorn
323 Benson Street
Valrico FL 33594-
                                                Loan Number: 1446525410
```

Property Address: 12723 Ivory Stone Loop
                  Fort Myers FL 33913

Dear Jonathan Charles Schellhorn :

Thank you for contacting us about your mortgage. Based on a careful review of the information you provided, we are offering you an opportunity to pursue a short sale.

**About a Short Sale**
A short sale is the sale of your property for less than the balance remaining on your mortgage loan. With a short sale, we will release our mortgage lien on your property once we receive the proceeds from the sale of the property, even though the proceeds are less than the loan balance you owe. If you are able to close a short sale on terms that have been approved by us, including any required contribution, benefits to you may include avoiding foreclosure, eliminating/reducing your mortgage debt, and receiving a waiver of deficiency. **Settling a debt for less than the balance owed may have tax consequences and we may file a 1099C form. We cannot provide you with tax advice. If you have any questions, we encourage you to consult a tax adviser of your choosing.**

**Additionally this transaction will be reported to the credit bureau as "Settled in full for less than total payoff."**

**To Accept This Offer and Suspend Foreclosure**
You must contact us at 1-866-397-5370 or in writing at Attention: MS LMP1710, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 by no later than 07-06-21 to indicate your intent to accept this offer to pursue a short sale. If you contact us by 07-06-21 to indicate your intent to accept this offer to pursue a short sale, we will not refer your loan to foreclosure, or if your loan has been referred to foreclosure, we will suspend the next legal action in the foreclosure proceedings.

Your Short Sale Approval Terms and Closing Instructions are included with this notice. Please read the documents carefully and return one fully executed copy of the Short Sale Approval Terms to us by 07-06-21 at Attention: MS LMP1710, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945. You must also forward a copy of the Short Sale Approval Terms and Closing Instructions to the settlement agent prior to the scheduled closing date so it may follow the terms and instructions provided.

                                                          QL798/LFE




WWW.THEFEDERALSAVINGSBANK.COM



**THE FEDERAL SAVINGS BANK**

Mortgage Servicing
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
Cust. Service: (855) 527-8408

Page 2 of 4      June 22, 2021      Loan Number: 1446525410

**RESPA NOTICES OF ERROR AND REQUESTS FOR INFORMATION**:
RESPA Notices of Error and Requests for Information should <u>NOT</u> be forwarded using the contact information for Submission of Loss Mitigation Application and Related Documents.

**RESPA Notices of Error and Requests for Information must be sent <u>only</u> to the address indicated directly below, including the specific Attention line noted**:

> Attention: Mail Stop NOE1290
> 1 Corporate Drive, Suite 360
> Lake Zurich, IL 60047-8945

If you have any questions, please call us at 1-866-397-5370.

Sincerely,


Lou Ferrante
Short Sale Specialist                                          QL798/LFE



www.TheFederalSavingsBank.com





Mortgage Servicing
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
Cust. Service: (855) 527-8408

---

Page 3 of 4        June 22, 2021        Loan Number: 1446525410

**SHORT SALE APPROVAL TERMS**

The Short Sale Approval Terms below are binding as of the date of this notice. Any alterations to these terms must be in writing and approved prior to the closing of the title. Return one fully executed copy of this document to us no later than 07-06-21 at Attention: MS LMP1710, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945. You must also forward one copy of the approval terms to the settlement agent prior to the scheduled closing date.

```
Scheduled Closing Date on or before: 08-15-2021
SALE PRICE:                    $ 310,000.00
CLOSING COSTS:                 $  18,454.87
BROKER COMMISSION:             $  18,600.00
JUNIOR LIEN ALLOWANCE:         $ N/A
NET SALE PROCEEDS:             $ 265,715.80
PAYOFF AMOUNT:                 $ 265,715.80
RESIDUAL BALANCE:              $ N/A
CASH CONTRIBUTION:             $ 0.00
NOTE CONTRIBUTION:             $ 0.00
```

You agree to waive any right to escrow funds and right to any refunds from prepaid expenses. You will not receive any funds or commissions from the sale of the mortgaged property. Any cash contribution must be paid with a cashier's check. If you are required to sign a Note for the Residual Balance as part of this transaction, failure to execute the Note constitutes a breach of this agreement and as such, will nullify the Short Sale.

If you are eligible to receive a relocation incentive from the investor or another acceptable source, any relocation incentive payment received must be reflected on the Settlement Statement. Fees paid to a third party to negotiate the short sale (commonly referred to as short sale negotiation fees or short sale processing fees) must not be deducted from the sales proceeds or charged to you.

ACCEPTED:


X_____ DATE_____


X_____ DATE_____

QL798/LFE


www.TheFederalSavingsBank.com


**THE FEDERAL SAVINGS BANK**

Mortgage Servicing
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
Cust. Service: (855) 527-8408

Page 4 of 4                June 22, 2021        Loan Number: 1446525410

**Closing Instructions**

1. Neither the buyer nor seller can receive any funds or commissions from the sale of the mortgaged property.

2. Any relocation incentive payment received by the seller from the investor or other acceptable source must be reflected on the Settlement Statement.

3. Fees paid to a third party to negotiate the short sale with the servicer (commonly referred to as short sale negotiation fees or short sale processing fees) must not be deducted from the sales proceeds or charged to the seller.

4. The deed conveying the property to the buyer must include the following provision:

    "Grantee herein is prohibited from conveying captioned property for any sales price for a period of 30 days from the date of this deed. After this 30 day period, Grantee is further prohibited from conveying the property for a sale price greater than $ 372,000.00 until 90 days from the date of this deed. These restrictions shall run with the land are not personal to the Grantee."

    **Please Note**: If you believe the above-referenced provision is not appropriate for this short sale a Letter of Explanation must be faxed to: Attention: Loss Mitigation Liquidation Team at 1-847-574-8158 within seven (7) days from the date of this letter. The Letter of Explanation will be forwarded to the investor for a final determination on the inclusion of the provision.

5. The closing is not to be completed unless all the terms and instructions provided are complied with.

6. Any changes to the original contract of sale must be in writing, signed by all parties, and submitted promptly to us prior to the scheduled closing date.

7. The Settlement Statement must be forwarded to us within 48 hours before the scheduled closing date for approval. The Settlement Statement should be faxed to: Attention: Loss Mitigation Liquidation Team, 1-847-574-8158.

8. After the closing, the Sale Proceeds, final signed Settlement Statement, Executed Short Sale Affidavit, Copy of Executed Deed, and any other pertinent paper work such as, any required Executed Note or Seller's Cash Contribution, must be sent via overnight mail or similar carrier service to: Attention: MS LMP1710, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 the same day as the closing.

9. Any applicable real estate broker commission must not exceed 6% of the sales price of the property.

QL798/LFE




www.TheFederalSavingsBank.com