| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:20-bk-06484-CPM<br>Middle District of Florida<br>Tampa<br>Thu Jul  8 12:36:28 EDT 2021 | BK Global and Coldwell Banker<br>1095 Broken Sound Parkway, N.W.<br>Suite 100<br>Boca raton, FL 33487-3503 | Resurgent Receivables LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Jonathan Charles Schellhorn<br>507 Sonoma Dr<br>Valrico, FL 33594-3044 | The Federal Savings Bank<br>Padgett Law Group<br>c/o Seth Greenhill<br>6267 Old Water Oak Rd., Ste 203<br>Tallahassee, FL 32312-3858 | World Omni Financial Corp<br>Tripp Scott, PA<br>c/o H. Michael Solloa, Jr, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 |
| (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Aes/nct<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | Aes/nct<br>Pob 61047<br>Harrisburg, PA 17106-1047 |
| Benefeds<br>Po Box 797<br>Greenland, NH 03840-0797 | Best Buy<br>Po Box 49352<br>San Jose, CA 95161-9352 | Best Buy Credit Services<br>PO Box 78009<br>Phoenix, AZ 85062-8009 |
| Brandon Hospital<br>01384<br>PO Box 740743<br>Cincinnati, OH 45274-0743 | Brandon Regional Hospital<br>Po Box 9060<br>Clearwater, FL 33758-9060 | CarMax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144-5897 |
| CarMax Auto Finance<br>Attn: Bankruptcy<br>Po Box 440609<br>Kennesaw, GA 30160-9511 | Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 | Citibank North America<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Comenitybank/Jared<br>Attn: Bankruptcy<br>Po Box 182273<br>Columbus, OH 43218-2273 | Comenitybank/Jared<br>Po Box 182789<br>Columbus, OH 43218-2789 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Evangelical Christian School<br>8237 Beacon Blvd<br>Fort Myers, FL 33907-3098 |
| FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Gateway Services<br>13240 Griffin Drive<br>Fort Myers, FL 33913-7953 | Gulf Coast Collection<br>PO BOX 21239<br>Sarasota, FL 34276-4239 |

| | | |
|---|---|---|
| HOA<br>PO BOX 169010<br>Miami, FL 33116-9010 | Home Depot<br>PO BOX 790328<br>St. Louis, MO 63179-0328 | Lee Health<br>PO BOX 744837<br>Atlanta, GA 30374-4837 |
| Lending Club<br>595 market street<br>san francisco, CA 94105-2807 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes Barre, PA 18773-9640 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Navient Solutions, LLC.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 | Professional Adjustment Corp<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 | Professional Adjustment Corp<br>Attn: Bankruptcy<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 |
| Schutt Law Firm, PA<br>12601 New Brittany Blvd<br>Fort Myers, FL 33907-3631 | South East Toyota Financial<br>PO BOX 70832<br>Mobile, AL 36691 | Stoneybrook at Gateway<br>c/o Alliance Association Ban<br>Po Box 621073<br>Orlando, FL 32862-1073 |
| Stoneybrook at Gateway Master Association, I<br>9521 Pebble Brook Blvd<br>Fort Myers, FL 33913-6799 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Rooms To Go<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/Toys R Us<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Toys R Us<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/hhgreg<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po B 965064<br>Orkando, FL 32896-5064 |
| Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Car Care One<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Car Care One<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Home<br>170 Election Road<br>Suite 125<br>Draper, UT 84020-6425 | The Fed Savings Bk/dov<br>300 N Elizabeth St Ste 3<br>Chicago, IL 60607-1134 | USDOE/GLELSI<br>2401 International Lane<br>Madison, WI 53704-3121 |
| USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | United Collection Bureau<br>5620 Southwyck Blvd<br>Suite 206<br>Toledo, OH 43614-1501 | Webcollex LLC D/B/A CKS Financial<br>PO Box 2856<br>Chesapeake, VA 23327-2856 |

| | | |
|---|---|---|
| World Omni Financial Corp.<br>Attn: Bankruptcy<br>Po Box 991817<br>Mobile, AL 36691-8817 | World Omni Financial Corp.<br>Po Box 91614<br>Mobile, AL 36691-1614 | Traci K. Stevenson +<br>P O Box 86690<br>Madeira Beach, FL 33738-6690 |
| Traci K. Stevenson, Attorney for Trustee +<br>P O Box 86690<br>Madeira Beach, FL 33738-6690 | United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Seth J Greenhill +<br>Padgett Law Group<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312-3858 |
| H Michael Solloa Jr+<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Sanad M Hamad +<br>The Law Offices of Robert M. Geller<br>807 West Azeele Street<br>Tampa, FL 33606-2209 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AAFES<br>3911 Walton Walker<br>Dallas, TX 75266 | (d)AAFES<br>Attn: Bankruptcy<br>Po Box 650060<br>Dallas, TX 75265 | (d)Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd<br>Dallas, TX 75236 |
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | (d)Military Star Card<br>PO BOX 650410<br>Dallas, TX 75265 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catherine Peek McEwen<br>Tampa | (d)Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 | (d)Resurgent Receivables LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

End of Label Matrix
Mailable recipients    68
Bypassed recipients     3
Total                  71